```
                                              FILED
                                              December 22, 2009
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              _____
                                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                      )<br>            Plaintiff,                   )<br>v.                                                )<br>                                                      )<br>SAM I. COBURN,                           )<br>            Defendant.                )<br>                                                      )<br>_____) | Case No. CR.S-09-0535-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SAM I. COBURN, Case No. CR.S-09-0535-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $50,000.00

        _X_ Unsecured Appearance Bond

        ____ Appearance Bond with Surety

        _X_ (Other) Conditions as stated on the record.

        ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/22/09 at 3:01 pm

By _____
Edmund F. Brennan
United States Magistrate Judge