MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Matthew Coburn

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW COBURN,<br><br>　　　　　Defendant. | Case No.: 2:09 CR 535 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　　Defendant MATTHEW COBURN, by and through his attorney, Michael Chastaine and SAM COBURN, by and through his attorney, Caro Marks, the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, February 23, 2010 at 9:30 a.m. to Tuesday, March 23, 2010 at 9:30 a.m.  The continuance is requested to allow counsel for the defense to continue to review evidence and advise their clients of the various options available in this matter as well as consider the offer that has been made by the government to resolve his case.

　　　　It is further stipulated that the period from February 23, 2010 to March 23, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4 for attorney preparation.

Dated: February 22, 2010　　　　　　　　The CHASTAINE LAW OFFICE

　　　　　　　　　　　　　　　　　　　　By: ____/s/ Michael Chastaine
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL CHASTAINE
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Matthew Coburn

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: February 22, 2010 | OFFICE OF THE FEDERAL DEFENDER |
| 2 | | By:      /s/ Caro Marks |
| 3 | | Caro Marks |
| | | Attorney for Sam Coburn |

Dated: February 22, 2010            BENJAMIN WAGNER
                                    United States Attorney

                                    By:     /s/ Kyle Reardon
                                        Kyle Reardon
                                        Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, February 23, 2010 at 9:30 a.m. be continued to Tuesday, March 23, 2010 at 9:30 a.m. and that the period from February 23, 2010 to March 23, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

Dated:  February 22, 2010            /s/ John A. Mendez
                                    John A. Mendez.
                                    District Judge
                                    United States District Court

PDF created with pdfFactory trial version www.pdffactory.com