1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SAM I. COBURN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-09-535-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| SAM I. COBURN, | ) | |
| MATTHEW J. COBURN, | ) | Date: September 7, 2010 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, Plaintiff, CARO MARKS, attorney for SAM I. COBURN, and MICHAEL CHASTAIN, attorney for MATTHEW J. COBURN that the status conference hearing date of August 3, 2010 be vacated, and the matter be set for status conference on September 7, 2010 at 10:00 a.m. The reason for this continuance is that defense counsel for Sam Coburn, due to unforeseen family medical circumstances, needs additional time to meet with the defendant, to review the proposed plea agreement and to advise the defendant on how best to proceed.  Both defense counsel need additional time to meet together and explore any joint defenses or mitigation. The parties anticipate this will be the final continuance,

and that on September 7, the case will either be set for trial or the defendants will enter their guilty pleas.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 7, 2010 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 28, 2010.                   Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender


                                        /s/ Caro Marks
                                        CARO MARKS
                                        Attorney for Defendant
                                        Sam I. Coburn


                                        /s/ Michael Chastain
                                        MICHAEL CHASTAIN
                                        Attorney for Defendant
                                        Matthew J. Coburn

DATED: July 28, 2010.                   BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Caro Marks for
                                        KYLE REARDON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff



                                ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 3, 2010, status conference hearing be

1  continued to September 7, 2010, at 9:30 a.m.  Based on the
2  representation of defense counsel and good cause appearing there from,
3  the Court hereby finds that the failure to grant a continuance in this
4  case would deny defense counsel reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.  The
6  Court finds that the ends of justice to be served by granting a
7  continuance outweigh the best interests of the public and the defendant
8  in a speedy trial.  It is ordered that time up to and including the
9  September 7, 2010 status conference shall be excluded from computation
10 of time within which the trial of this matter must be commenced under
11 the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
12 and Local Code T-4, to allow defense counsel reasonable time to
13 prepare.
14 Dated: July 28, 2010

/s/ John A. Mendez  
JOHN A. MENDEZ  
United States District Judge