DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #229267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SAM I. COBURN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SAM I. COBURN,<br>MATTHEW J. COBURN,<br><br>        Defendant. | NO. CR.S-09-535-JAM<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  February 22, 2011<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, CARO MARKS, attorney for SAM I. COBURN, and MICHAEL CHASTAINE, attorney for MATTHEW J. COBURN that the status conference hearing date of January 11, 2011 be vacated, and the matter be set for status conference on February 22, 2011 at 9:30 a.m..

The reason for this continuance is that defense counsel for Sam Coburn, due to unforeseen family medical circumstances, has been out of the jurisdiction and needs additional time to meet with the defendant, to review the proposed plea agreement and to advise the defendant as to the court procedures for entry of plea. Codefendant Matthew Coburn requests a continuance to allow him to complete the paying off of a

specific debt.  As he has a job, he is now able to pay off this debt within the next two weeks. A continuance will allow him to enter his guilty plea and, eventually, enter into BOP custody without financial burden. This is especially important and he and codefendant Sam Coburn contribute substantially to their mother's support, and the defendants do not wish to leave her with a debt upon their departure into custody.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 22, 2011 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 10, 2011.                         Respectfully submitted,

                                                 DANIEL J. BRODERICK
                                                 Federal Public Defender


                                                 /s/ Caro Marks
                                                 CARO MARKS
                                                 Attorney for Defendant
                                                 Sam I. Coburn


                                                 /s/ Michael Chastaine
                                                 MICHAEL CHASTAINE
                                                 Attorney for Defendant
                                                 Matthew J. Coburn


DATED: January 10, 2011.                         BENJAMIN WAGNER
                                                 United States Attorney


                                                 /s/ Caro Marks for
                                                 KYLE REARDON
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

2

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 11, 2011, status conference hearing be continued to February 22, 2011, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the February 22, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 1/10/2011

_____   /s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge