DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #229267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SAM I. COBURN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>            Plaintiff,                 )<br>                                       )<br>      v.                               )<br>                                       )<br> SAM I. COBURN,                        )<br> MATTHEW J. COBURN,                    )<br>                                       )<br>            Defendant.                 )<br> _____  ) | NO. CR.S-09-535-JAM<br><br>**STIPULATION AND ORDER;**<br>**VACATING TRIAL CONFIRMATION**<br>**HEARING AND TRIAL DATE CONTINUING**<br>**STATUS CONFERENCE; AND EXCLUDING**<br>**TIME**<br><br>Date: April 19, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, CARO MARKS, attorney for SAM I. COBURN, and MICHAEL CHASTAINE, attorney for MATTHEW J. COBURN that the current status conference, trial confirmation hearing and trial dates be vacated and the matter be set for status conference on April 19, 2011 at 9:30 a.m..
   The reason for this continuance is that defense counsel for Sam Coburn, due to unforeseen family medical circumstances, has been out of the jurisdiction and needs additional time to meet with the defendant, to review the proposed plea agreement and to advise the defendant regarding a possible change of plea. Codefendant Matthew Coburn

1 | requests a continuance to allow him to complete the paying off of a
2 | specific debt.  As he has a job, he is now able to pay off this debt
3 | within the next two weeks. A continuance will allow him to enter his
4 | guilty plea and, eventually, enter into BOP custody without financial
5 | burden. This is especially important as he and codefendant Sam Coburn
6 | contribute substantially to their mother's support, and the defendants
7 | do not wish to leave her with a debt upon their entry into custody.
8 |     Based upon the foregoing, the parties agree that the time under
9 | the Speedy Trial Act should be excluded from the date of signing of
10 | this order through and including April 19, 2011 pursuant to 18 U.S.C.
11 | §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
12 | T4 based upon continuity of counsel and defense preparation.

DATED:   February 17, 2011.                    Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender


                                                /s/ Caro Marks
                                                CARO MARKS
                                                Attorney for Defendant
                                                Sam I. Coburn


                                                /s/ Michael Chastaine
                                                MICHAEL CHASTAINE
                                                Attorney for Defendant
                                                Matthew J. Coburn


DATED:   February 17, 2011.                    BENJAMIN WAGNER
                                                United States Attorney


                                                /s/ Caro Marks for
                                                KYLE REARDON
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 22, 2011 status conference and trial confirmation dates, as well as the March 14, 2001 trial date be vacated, and this case is continued for status conference hearing on April 19, 2011, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from today until April 19, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 17, 2011

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Judge