BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CR-00535-JAM |
|---|---|---|
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| SAM I. COBURN, | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Sam I. Coburn it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant Sam I. Coburn's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

(a)  One Mac Mini, serial number YM73516MYL2

(b)  One Hitachi 120 GB hard drive, MLC number DA1905A145121

(c)  One Gateway laptop, serial number BT502280412; and

(d)  One IBM Travelstar hard drive, serial number D9H6TA2B.

1    2.   The above-listed property was used or intended to be

2  used to commit or to promote the commission of a violation of 18

3  U.S.C. § 2252(a)(2).

4    3.   Pursuant to Rule 32.2(b), the Attorney General (or a

5  designee) shall be authorized to seize the above-listed property.

6  The aforementioned property shall be seized and held by the U.S.

7  Marshals Service, in its secure custody and control.

8    4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21

9  U.S.C. § 853(n), and Local Rule 171, the United States shall

10 publish notice of the order of forfeiture.  Notice of this Order

11 and notice of the Attorney General's (or a designee's) intent to

12 dispose of the property in such manner as the Attorney General

13 may direct shall be posted for at least 30 consecutive days on

14 the official internet government forfeiture site

15 www.forfeiture.gov.  The United States may also, to the extent

16 practicable, provide direct written notice to any person known to

17 have alleged an interest in the property that is the subject of

18 the order of forfeiture as a substitute for published notice as

19 to those persons so notified.

20    b.   This notice shall state that any person, other than

21 the defendant, asserting a legal interest in the above-listed

22 property, must file a petition with the Court within sixty (60)

23 days from the first day of publication of the Notice of

24 Forfeiture posted on the official government forfeiture site, or

25 within thirty (30) days from receipt of direct written notice,

26 whichever is earlier.

27    5.   If a petition is timely filed, upon adjudication of all

28 third-party interests, if any, this Court will enter a Final

1   Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all

2   interests will be addressed.

3          SO ORDERED this 21ST day of June, 2011.

4

5                                  /s/ John A. Mendez
                                   JOHN A. MENDEZ
6                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28