```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    SAM I. COBURN
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-09-535 JAM
                                   )
13              Plaintiff,         )
                                   )  ORDER SEALING RECORD
14       v.                        )
                                   )
15  SAM I. COBURN,                 )
                                   )
16              Defendant.         )
                                   )
17  _____ )

18

19       On September 16, 2011, the Court received defendant's Motion For a

20  60-Month Sentence, in regard to the defendant's sentencing.  This

21  Motion has a psychological report attached which contains personal

22  information.

23       IT IS HEREBY ORDERED that the Clerk of the Court shall file the

24  psychological report under seal. Thereafter, the Clerk of the Court

25  shall serve on the parties notice of this Order Sealing Record.

26  Dated: February 7, 2012

27                                      /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
28                                      United States District Court Judge
```